952

No. 537. UNITED STATES EX REL. KEEFE v. DULLES, SECRETARY OF STATE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alan R. Vogeler* and *Merritt B. Curtis* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney and Beatrice Rosenberg* for respondents.

No. 540. DIXIE TERMINAL Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Solicitor General Soberoff, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 541. VINCENT ET AL. v. SUNI-CITRUS PRODUCTS Co. ET AL. C. A. 5th Cir. Certiorari denied. *Prentice E. Edrington* for petitioners. *Harry A. Toulmin, Jr., J. Thomas Gurney* and *M. F. Goldstein* for respondents.

No. 542. FIDELITY & CASUALTY Co. OF NEW YORK v. BANK OF ALTENBURG. C. A. 8th Cir. Certiorari denied. *Allen L. Oliver* for petitioner. *Rush H. Limbaugh* for respondent.

No. 545. SECURITIES AND EXCHANGE COMMISSION v. TRANSVISION, INC. C. A. 2d Cir. Certiorari denied. *Solicitor General Soberoff* and *William H. Timbers* for petitioner. *Maxwell H. Goldstein* for respondent. *A. Alan Reich* filed a brief for the Statutory Creditors' Committee, as *amicus curiae, in opposition to the petition* for a writ of certiorari.

No. 546. LOU JOHNSON Co., INC. ET AL. v. MOIST COLD REFRIGERATOR Co., INC. C. A. 9th Cir. Certiorari denied. *Leonard S. Lyon, Frank H. Uriell, Charles L.*